No. 154. Servo Corp. of America v. General Electric Co., 383 U. S. 934;

No. 499. Outboard Marine Corp. v. Holley, 383 U. S. 934;

No. 510. American Trucking Associations, Inc., et al. v. United States et al., 382 U. S. 372;

No. 511. Pennsylvania Railroad Co. v. United States et al., 382 U. S. 372;

No. 572. Allbright-Nell Co. et al. v. Schnell et al., 383 U. S. 934;

No. 612. M. B. Skinner Co. v. Continental Industries, Inc., 383 U. S. 934;

No. 684. Sid Richardson Carbon & Gasoline Co. v. Moore Co. of Sikeston, Missouri, et al., 383 U. S. 925;

No. 832. World Airways, Inc., et al. v. National Mediation Board et al., 383 U. S. 926;

No. 910. Simler v. Conner et al., 383 U. S. 928;

No. 918. International Brotherhood of Electrical Workers, AFL–CIO, et al. v. National Labor Relations Board, 383 U. S. 943;

No. 203, Misc. Di Paolo v. New Jersey, 383 U. S. 949;

No. 701, Misc. Byrne v. Kysar et al., 383 U. S. 913;

No. 846, Misc. Benton v. California, 383 U. S. 938; and

No. 979, Misc. Reeves v. United States, 383 U. S. 929. Petitions for rehearing denied.

No. 709. Muth, Administratrix v. Atlass et al., Executors, 382 U. S. 988, 383 U. S. 923;

No. 733. Darr, Administratrix v. Atlass et al., Executors, 382 U. S. 988, 383 U. S. 923;

No. 518, Misc. Birdsell v. United States, 382 U. S. 963, 383 U. S. 923; and

No. 718, Misc. Williamson et al. v. Blankenship, Judge, et al., 382 U. S. 923, 1030. Motions for leave to file second petitions for rehearing denied.